UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICK AREVALO,

        Petitioner,

  v.

VICKI HENNESSY,

        Respondent.

Case No.17-cv-06676-HSG

**ORDER TO SHOW CAUSE**

Petitioner Erick Arevalo, who is in the custody of the San Francisco Sheriff pending trial, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Dkt. No. 1. The Court has reviewed the petition and supporting documents and finds that, liberally construed, Petitioner's claims appear colorable under section 2241 and merit an answer from Respondent Vicki Hennessy.

For the foregoing reasons and for good cause shown, the Court **ORDERS**:

1. Petitioner is directed to serve Respondent and the California Attorney General's Office with this order and the petition within one day of the date of this order.

2. Within one day of the date of this order, Petitioner is also directed to serve a courtesy copy of this order and the petition by email on Katie Stowe of the California Attorney General's Office.

3. Respondent shall file with the Court and serve on Petitioner, within 14 days of the date of this order, an answer showing why a writ of habeas corpus should not be issued. Respondent should include a copy of all excerpts of the administrative record that are relevant to a determination of the issues in the petition.

//

4. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within 4 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: 11/30/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge